[No. 14123–6–I. Division One. April 29, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. BRUCE EDWARD FULLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83–1–01997–1, George T. Mattson, J., entered December 13, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Corbett, C.J., and Swanson, J.

[No. 13835–9–I. Division One. April 29, 1985.]

THE CITY OF SEATTLE, *Respondent*, v. ANNETTE SHIRLEY SMILEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83–1–00789–1, Patricia H. Aitken, J., entered September 9, 1983. *Affirmed* by unpublished opinion per Webster, J., concurred in by Corbett, C.J., and Swanson, J. Now published at 41 Wn. App. 189.

[No. 5873–5–III. Division Three. April 30, 1985.]

BURT GRESLEY, *Respondent*, v. CARL A. ANDREWS, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 81–2–00959–7, Fred R. Staples, J., entered May 12, 1983. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.